**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MYESHA M. PERRY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MOBILE TELECOMMUNICATIONS, ) </br> LTD., d/b/a AT&T STORE WEST, ) </br> CHICAGO, ) </br> ) </br> Defendant. ) | Case No.: 22-cv-03408 |

**STIPULATION OF DISMISSAL**

NOW COMES, Plaintiff Myesha M. Perry, by and through her attorneys, and Defendant Mobile Telecommunications, Ltd. by and through its attorneys (hereinafter collectively referred to as the "Parties") and hereby stipulate to the following:

**IT IS HEREBY ORDERED:**

A. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated and agreed that Plaintiff's claims are dismissed with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted this 11th day of October, 2022.

| **Attorneys for Plaintiff**. | **Attorneys for Defendant**. |
|---|---|
| /S/ Nathan C. Volheim | /s/ Michael D. Wong |
| Nathan C. Volheim, Esq. | Michael D. Wong, Esq. |
| ARDC No. 6302103 | ARDC No. 6291089 |
| SULAIMAN LAW GROUP LTD. | SMITHAMUNDSEN LLC |
| 2500 S. Highland Avenue, Suite 200 | 3815 E. Main Street, Suite A-1 |
| Lombard, Illinois 60148 | St. Charles, IL 60174 |
| (630)568-3056 – Telephone | (630) 587-7972 – Telephone |
| (630) 575-8188 - Fax | (630) 587-7399 - Facsimile |
| nvolheim@sulaimanlaw.com | mwong@smithamundsen.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically filed the foregoing ***STIPULATION OF DISMISSAL*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan C. Volheim, Esq..
SULAIMAN LAW GROUP LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
nvolheim@sulaimanlaw.com
ATTORNEYS FOR PLAINTIFF

I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

/s/ Michael D. Wong
One of the Attorneys for Defendant


Michael D. Wong, Esq.
SMITHAMUNDSEN LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7972 - Telephone
(630) 587-7399 - Facsimile
mwong@smithamundsen.com
ATTORNEYS FOR DEFENDANT